DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**D.W.,** the mother,
Appellant,

v.

**DEPARTMENT OF CHILDREN & FAMILIES**
and **GUARDIAN AD LITEM,**
Appellees.

No. 4D18-2532

[November 27, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kenneth L. Gillespie, Judge; L.T. Case No. 15-454 CJ DP.

Jeffrey B. Levy of Law Office of Jeffrey B. Levy, P.A., Fort Lauderdale, for appellant.

Laura J. Lee, Tallahassee, for appellee Guardian Ad Litem Program.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***